Page #1.)

Antonio M. Camp
28 East Brookline st.
Boston, Ma 02118
(617) 423-4222

August 30, 2004
(A-C)

I, Antonio M. Camp, petition the Federal Court in hopes of having a great wrong doing corrected! This situation has been long standing and has not been attended to for over a year and a half; it has been an ongoing situation that has only intensified with time! I previously withdrew my petition from the Federal Court due to the many obstackles that I was facing due to the petition itself! Judge Saris was appointed to the previous petition. I would think it to be of a great benefit if she were again appointed to this Federal Court Petition. My petition to Federal Court stems from the previous incident involving Various police officers. However, there is a large amount of Malicious retaliation being directed at myself and those issues that provoked me to petition the Federal Court have gone unattended by the Boston Police Dept. Certain Members of the Boston Police dept have only intensified their misconduct against myself and my spouse. Inaddition, they, members of the Boston Police Dept have gone out of their way to try to make my life a living hell! This was done by violating my civil rights and that of my wife's as well and making a mockery of it. As well as allowing her to be the victim of rape and assault and kidnapping. And wanting her to "disappear" to the damning testimony that she would be able to give in a court of law.

I understand that in certain instances The Patriot Act Allows for officials to take certain measures to ensure safety;however, the Patriot Act does not give law-enforcement officials the authority to commit acts of kidnapping, rape, and assault, witness-intimidation, and assorted criminal offenses against Americans and their families-this includes their spouses. Therefore what justification is there for me being called a terrorist and being black-balled by members of the Boston Police Dept as well as having my civil rights violated, also being made to suffer the emotional backlash of having my reputation damaged because police officers spread negative rumors concerning me and my spouse. Inaddition, having my wife subjected to kidnapping, rape, and assault among other things! A sgt Connolly, Michael intended to continue activities that were harmful to both myself and spouse. The hopes here were that I would be driven to do physical harm to myself and with hopes that I would end my life out of feelings of hopelessness, despair and frustration. Inaddition, there was a sincere desire on the part of the Boston Police Dept to create hostility and violence between myself and those persons in my neighborhood; the sons of some of the people in the neighborhood were encouraged to commit acts of rape and assault against my wife-as well as to take part in harassing me and maintaining my wife's status as a felony crime victim!; this is how the police dept would devise a loop-hole to form a conspiracy to violate (the) civil rights (of myself and my spouse). By endeavoring to provoke me to violence, anger, grief, and frustration, the police had hoped to create an undying emotional agony within me and to wait for me to commit a violent crime of retaliation against those involved in this conspiracy (against my wife and me). This would give them the opportunity for malicious prosecution. Some of those persons involved live in the same building as myself. They are as follows: (the persons at 28 east brookline st. whom have taken part in this with the police)

August 30, 2004

2.)   Antonio M. Camp
      28 east brookline st #63
      Boston, Ma 02118
      (617) 423-4222

(A-C-)

1.) Nereida Colon(born 9/8/1945).Apt#66
2.) Ivette Ramos(born 9/8/1972).Apt#67
3.) Olivia Martin(born 1/25/1958).Apt#64
4.) Anita Ashley(born 9/11/1960).Apt#66
5.) Bertha Guerrero(born 10/8/1958).Apt#61

Persons in volved from 26 East brookline st.
1.) Various residents from apt#50 (names not known to me)

Persons from 80 west dedham(involved)
1.) Victor Taylor-BHA security officer stationed at this residence for access control etc..
2.) Brian Brewer-resident in Apt#1812(allowed his apt to be used to hold my wife and rapings took place there with his knowledge.
3.) Angel G.-Apt#1808

Persons from 186 cottage st(in east boston)
1.) Rafael Marin (first floor)

Officers from B-2 police station that have knowledge of my complaints pertaining to this situation... Boston, Massachusetts (A-C-)

Philip Bliss-the officer that is named on the arrest of myself on july 2002.(the arrest was wrongful) (Arrest of myself) A-C-

2.) Officer Michael Doyle-second officer named in the wrongful arrest that took place on july 2002. (Arrest of myself) A-C-

3.) Detective Maryann Rivera-the detective that was suppose to look after the well being of my wife after the wrongful arrest was made. She had knowledge that my arrest was wrongful. tried to deter me from seeking help for my spouse(lorina Camp) after I found out that my spouse was being made the victim of felony offenses. She stood by and did nothing!(to help my wife). And did nothing to deter a wrongful arrest from going to trial or being Prosecuted.

4.) Officer Clifton Singletary-He took my complaint concerning police harassment after the wrongful arrest in july 2002. And advised me on what steps to take concerning the harassment at that time.

5.) Ann-Marie rice and officer Wilson-cancelled my report concerning my wife being the victim of a felony offense(s) and endeavored to discredit me concerning the matter in 2003 both acted with malicious biasness...and called me names that would discredit me in the eyes of other officers. And Made no attempt to address my situation of being wrongfully Arrested. (in 2002) A.C.

Officers from D-4 police station that have knowledge of my complaints pertaining to this situation... Boston, Massachusetts (A-C-)

1.) Christine A. Melia-filed a report through this officer pertaining to this situation. She was very professional and helpful towards me.

2.) James V. Giardina-was the duty officer for that day and would have access to all reports (3/10/03)

3.)   Antonio M. Camp
      28 east brookline st#63
      Boston, Ma 02118
      (617) 423-4222

3.) Officer Mathew J. Morris-made the second report when the first report was taken out of the police computer(the report could not be found by him). He ommitted information from the second report that would implicate police officers, and point out police misconduct. (7/9/03)

4.) Officer John H. Danilecki-he was the duty officer for that day and would have access to the reports for that day. (7/9/03)

5.) Sgt with badge #269 denied me the ability to file another report after the first and second report were ignored. (my uncle was a witness to this)(4/6/04)

6.) Officer with badge#1057-responded to a call I made to the police concerning a rape taking place in apt#67. I was treated rudely and called names by this officer. He refused to thoroughly investigate the situation taking place there in the apt and allowed for my wife to be moved to another location. And tried to have me arrested after I said that I had taken down his badge number and would report him. (he made a request for the C-wagon to come to my residence. (call was made 7/27/04 at 12:30 am handled the call was operator #138) His request for a "C" Wagon was so he could Arrest Me After I said I would complain about his behavior and demeanor.

7.) There has been a constant unwillingness on the part of police officers to respond to calls reporting dissturbances coming from apt#67...(both I and family members have made calls to report dissturbances coming from that Apt#67 at 28 east brookline st.

The most discouraging thing concerning my neighbors is that they have used young children as look outs and to harass me and mock my wife's situation. It is known that little can be done against young children;Having an understanding of this, the police have done nothing to correct things and this adds to the negligent behavior. And despite persons as Sgt Michael Connolly having knowlegde of all of this, he still chose to do nothing. He had access to letters which I sent to the police commissioner. He and the Police Commisioner's Administrative Assistant were told by myself about all the happenings concering this. Despite the both of them having the knowledge of all of this, no action was taken at all. Police officer M. Connolly purposely engaged in activity(conduct) which would promote the the continuation , and aggravation of both my wife's and I being made victims. He purposely omitted to do anything despite his awareness and knowledge of this situation;he knew that both my wife and I were the targets of retaliation. That retaliation came from the Boston Police Dept. Steps were taken by members of the Boston Police to ensure that my wife and me were to continue to be the targets of criminal retaliation.

He, Connolly, did in fact use and exercise improper influence in official police matters concerning my wife and I. His lies caused persons to violate

Antonio M. Camp
4.)  28 east brookline st #63
Boston, Ma 02118
(617) 423-4222

violate their known legal duty;he engaged in conduct designed to aid another in the commission of a crime. These actions would cause the hindering of the apprehension or prosecution of those involved. He and other law-enforcement persons orchestrated a war on my civil rights and my wife's civil rights..This would could cause the opposite result when one expects the combating of violations of the traditional law and preserving order! It is understood that police and other law-enforcement agencies are not expected to eradicate crime, but"must work to reduce any brutality, inhumanity, or insensitivity that may exist!" To this end, they must also participate in the development of mechanisms by which they may be held visibly accountable to"civilian" authority for their actions!

He,M. Connolly, continued on a continual basis to conspire to oppress my family and rob Lorina B. Camp and I of basic rights guaranteed in the constitution! He and others conspiring with him in this matter knew that the actions being done against my wife and I were unconstitutional and illegal! He and others with him knew that their actions carried a serious penalty and did do everything in their power to sever ties between I and any person, place or thing that would be able to aid me in correcting this injustice! I was threatened with arrest on 5/20/2004 by Sgt Connolly when I went to the police headquarters to complain about the continued stalking, harassment, corrupt behavior(from people sent by officers and from officers) negligence to provide equal protection under the law,obstruction of justice, and the very fact that my wife was subjected to cruel and unusual treatment as well as myself! Being treated as a person with no rights and no liberty! The same treatment from the police (cruel and unusual) has been directed at my family for over a year and a half!...this includes recordings of my spouse being raped and mocked recordings of her being raped!(cruel and unusual punishment inflicted).My spouse Lorina B. Camp was forced and is made a crime victim and has been (A-C) forced into slavery or involuntary servitude which is the sexual slavery and rape imposed upon her! And I am being made to know of this happening by members of the boston police dept! There are members of the boston police dept that have encourage and promoted the continuation of crimes against myself and my wife! And no action has been taken at all at this point in time. There is no excuse for this manner of behavior! Much more is expected from the police!

August 30, 2004 (A.C.)

5.)   Antonio M. Camp
      28 East brookline st.#63
      Boston, Ma 02118
      (617) 423-4222

*Although it is true, (A.C.)*

→ It would be hard to believe that all of this stems from the fact that a police officer began a conspiracy to wrongfully imprison me because he wanted to continue an affair with my spouse in 2002. Despite the fact that he was exposed by myself, no serious action was taken by the Boston Police Dept to cease the harassment and civil rights violations and crimes commited against myself and spouse. My complaints only encouraged criminal retaliation from law-enforcement persons that were displeased for me complaining. I did complain about the malicious arrest, false reports filed, harassment being directed at me from police at my previous places of employment, the wrongful use of legal authority by police officers, being harassed by persons sent by the boston police:drug addicts, ex-cons, immigrants, homeless persons, alcoholics, and uncivil persons, and even city workers and others. On various occassions, I have been denied the right to free speech! This took place in the Boston Public Library. I found that every time I tried to send information to other agencies or persons that could aid me, my computer terminal was overriden with an administrative access code and my e-mails were not able to be sent! And I found that I was being monitored in the Copley Library by the security personnel and by various patrons in the library! Every time I complained, my complaints were not properly addressed. I was only told that I had restrictions imposed upon me! I was being treated as if I were in a prison of some sort! At times, my e-mails were deleted-I found this to be true because I used the e-mail account of other persons to see if I would get e-mails from them. Many times, I was asked why I had not responded to e-mails that were sent to me!...censorship of my emails has been taking place for over a year now! In addition, I found that my cell-phone and house phone were wire tapped as well! I do believe that members of the BPD are responsible for this...and I was challenged by Sgt M. Connolly to go to the justice dept to get justice...he had already said something to discredit me there I do believe! The last incident that took place at the Copley Library involving harassment and censorship took place on 8/24/2004. Despite my requests to speak to some one in the administrative offices, I was not given the chance and told that I would be barred from the library!-despite my rights be denied in the library-freedom of speech!

AUGUST 30, 2004 (A.C.)

6.) Antonio M. Camp
28 east brookline st#63
Boston, Ma 02118
(617) 423-4222

The worker in the library is a one Dana Rizzotti.(spoke with him 8/24/2004)

Members of the Boston Police Dept have commited a great injustices against myself and my spouse. This was done in an attempt to conceal malicious and criminal actions. Despite the civil rights acts passed to prevent such abuses, members of the BPD have still engaged in such illegal actions! I and my family are authorized to be given damages and injuctive relief for police misconduct that infringes on Federally guaranteed rights. All must be held accountable to the role of the law!; police, with their inherent power to affect people's lives and liberties of people within their jurisdiction, hold a special responsibility! I would like to think that fairness, decent community involvement, service, positive communication, and person to person understanding were the more acceptable goals of the police department. It appears that misdirected and unjustified loyalty in the ranks of police officers has allowed for my situation and that of my spouse to go on unchecked The police's discretion, or selective enforcement of the law, has allowed civil rights violations, and felony crimes to continue in my life and that of my spouse.

Inaddition, to the previously mentioned offences, Sgt M. Connolly put my photo up in police headquarters and circulated my photo despite the fact that I was not a fugitive of justice. And he did try to label me a criminal and terrorist in order to conceal his misconduct by trying discredit me. He also did contact persons whom work in the Boston Municipal court to keep me from being able to expose the criminal activities being perpetrated against myself and wife(civil and criminal violations). My criminal complaints were ignored despite the fact I provided physical evidence during a hearing in Boston Municipal Court. Inaddition other persons tried to stone-wall me when I tried to contact the police commissioner And (A.C.) when I tried to get help for my spouse Lorina B. Camp and a cease to the retaliation directed at us both. The police commissioner's assistant (administrative assistant)-"A Miss Cathy" refused over and over again to allow me make an appointment to speak to the police commissioner to resolve this issue! I was stone-walled repeatedly!!!

She, "Miss Cathy" the police commissioner's Administrative Assistant Made repeated references to Sgt M. Connolly when refusing to Allow me to get word to the police commissioner concerning the illegal and unconstitutional behavior and actions I was made to suffer. (A.C.)

7.)  Antonio M. Camp
     28 East Brookline st#63
     Boston, Ma 02118
     (617) 423-4222

*August 30, 2004*
*(A.C.)*

Despite the new policing operation that began in the month of august which is called "neighborhood sheild", police officers continued to allow my wife to be subjected to Kidnapping, rape, and assault and battery by those whom are involved!- Despite the fact that *Their (A.C.)* ~~there~~ operation netted over 150 arrests! *As for →* police officers whom were aware of the situation concerning my wife and my civil rights being violated, *it (A.C.)* was not important to them! It was not a priority due to the fact that the situation is saturated with retaliation! And so much was done to cover up this situation! From 2002 until now, I and my family were subjected to Verbal abuse, harassment, failure to provide police protection, conspiracy to violate civil rights, violation of civil rights, false arrest, wrongful imprisonment, retaliatory prosecution(which was malicious and discriminatory), invasion of privacy...illegal wire tapping... amount other things as well!

Members of the boston police Department have even orchestrated a plan to torment me by keeping me out of work! This was done through wire tapping my cell phone and telephone and knowing when and where I would have a job interview and spread negative rumors about me! They would say such things as " He would only stay for several months and leave" previous inteviewers kept saying," We are not looking for someone to stay for several months and then go on vacation!" When I was with the MBTA, I had made a reservation to fly to the philippines to marry the woman which is now my wife, and this reservation was made before I began to work for the MBTA part time. And I do believe that the boston police had gotten this information. The Boston seem to show an interest in getting into every aspect of my life! Previous jobs and those jobs which were current at that time. They conducted them- in a manner towards me as they would a criminal! Their behavior and attitude was quite criminal then and still is now! There was no just cause for ~~their~~ *Their (A.C.)* actions due to the fact that their actions were not constitutional and very illegal!!! And they have not ceased from these actions! Nor have they even made an attempt to correct the wrong doing which they have done!

*8)  Antonio M. Camp
     28 East Brookline st#63
     Boston, Ma 02118
     (617)423-4222

August 30, 2004
(A.C)

   In conclusion, police officers have conspired to keep my wife in the situation of being kidnapped, raped and assaulted physically! They are aware of her where abouts and have lied and said such things as,"she does not want to be found!","and,"She is safe and not and never was the victim of criminal activity!" despite the fact that they have rigged up wiring and devices in certain areas that plays and mocks her being raped!(as well as playing mocked recordings!) Previous employers whom were aware of the fact that I was going to petition the Federal court have tried to sever ties with me and gotten rid of employees whom knew about the happenings and actions of law-enforcement concerning this matter! Those police officers involved have gotten contractors to rig up the mocked recordings and recordings of my wife being raped! It was done by attaching a device to the building generator and allowing the sound to travel through the air vents in the building...and they, those police involved, continuosly thought of new ways to do this with other pieces of machinery!(I belive the devices they used were digital-I did witness the installing of one of these devices in a particular building...the contractors were unaware of whom I was...I then let them know that I knew what they were doing and they quickly packed up their equipment and left quickly!)
There are members of the Boston Police Dept who feel that they are at liberty to obstruct justice and give out false information and be criminally negligent! This is to the extent that they have shown a willingness to work outside the law! And they show no reluctance to violate constitutional rights as well! Giving out bribes and/or favors is how they would get others to go along with such actions. Making threats is also not excluded! Police officers turning a blind eye to those involved in this all only makes this worse! This decreases any efficiency on the part of the police! Their intentions were to make my life"a living hell!"

   I am seeking punative damages from the Boston Police Dept and compensation for (pain and suffering) mental anguish brought on by the BPD-and my wife to be released from her illegal captivity! And for those involved in her and me being the victims of criminal retaliation to be brought to justice! As well as my spouse being provided medical attention and for the children that she gave birth to(a set of twins which I am the biological father) to be returned to my family! And my name to be placed on the birth certificate!(she gave birth while she was being raped and beaten by her captives)-she was pregnant by me when she and I began to experience all of this from members of the boston police.And for the police dept to remove those devices which they have installed to play recordings and mocked recordings of my wife being raped!

                                                  Antonio M. Camp
                                                  Antonio M Camp

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _Antonio Marcus Camp._
   _V. Boston Police Dept._

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   - I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - II. (circled) 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐    NO ☐

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐    NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES ☒    NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

   EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

   EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Att3Cover sheet local.wpd - 11/27/00)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Antonio M. Camp
28 East Brookline St #63
Boston, MA 02118

**DEFENDANTS** Boston Police Dept.
1 Schroder Plaza
Boston, MA 02119

**(b)** County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

Nature of suit: ☒ 320 Assault, Libel & Slander; circled "Other Civil Rights"

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____