**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Antonic McAmp | COURT CASE NUMBER: CV-04-11890-RCL |
| DEFENDANT: Boston Police Dept | TYPE OF PROCESS: Civil |

FILED IN CLERKS OFFICE  2004 OCT 25 A 11 44  DISTRICT COURT DISTRICT OF MASS.

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Police Commissioner Kathleen O'Toole

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: 1 Schroder Plaza (Police Headquarters) Boston, Ma.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Antonio M Camp
28 East Brookline St #63
Boston, Ma 02118

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA  2004 OCT 19 P

Signature of Attorney or other Originator requesting service on behalf of:
Antonio M Camp   ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-403-4222
DATE: Oct 18, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Talarico | Date: 10/19/04 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cadet Kevin (Police Cadet from Commr office)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/21/04   Time: 10   ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee: $45 | Total Mileage Charges (including endeavors): 2.92 | Forwarding Fee: — | Total Charges: 47.92 | Advance Deposits: | Amount owed to U.S. Marshal or Amount of Refund: 42.92 |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Antonio M Camp.

V.

Boston Police Dept

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11890 RCL

04-11890 RCL

TO: (Name and address of Defendant)

Police Commissioner Kathleen O'Toole
Boston Police Dept
1 Schroeder Plaza
Headquarters
Boston, Ma

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 10-19-04