11/1/2004

Dear Kathy Gaulik,

I am waiting for a court date for case # C4-11890 RCL {Antonio M Camp} Vs Boston Police Dept.} All fees have been paid and the Summons has been delivered to The Defendent. Please forward to me the Appointed court date; I have not gotten one at this time. I Thank You for helping with the smooth processing of this case.

Sincerely

Antonio Marcos Camp.
28 East Brookline St #6 5
Boston, Ma 02115.

P.S.
If A court date has been mailed to me, please disregard this letter.
I await your response by Mail —

Thank you.