UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11890-RCL

ANTONIO CAMP,
    Plaintiff,

v.

BOSTON POLICE DEPARTMENT
    Defendant.

## DEFENDANT, BOSTON POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Boston Police Department[1], and moves this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaint in its entirety with prejudice.

As grounds therefore, the Defendant states that:

1. Plaintiff fails to state a 42 U.S.C. Section 1983 Claim Against Defendant, Boston Police Department;

---

[1] As explained in the Boston Police Department's Memorandum of Law in Support of Its Motion to Dismiss, Plaintiff incorrectly names the Boston Police Department as defendant in his action. This court has held that a police department is not considered a "person" for the purposes of Section 1983 actions. Accordingly, although the instant motion and accompanying Memorandum of Law are made by the Boston Police Department for consistency and clarity, in actuality the Boston Police Department is merely a department of the City of Boston.

2. The Boston Police Department it is not a suable entity; and,

3. The Boston Police Department Cannot Be Held Liable For the Intentional Torts of Its Employees, Pursuant to the Massachusetts Torts Claims Act.

Respectfully submitted,

DEFENDANT, BOSTON POLICE DEPARTMENT,
CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel

By its attorney:

/s/ Kate Cook
Kate Cook    BBO# 650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022

CERTIFICATE OF SERVICE

I, Kate Cook, hereby certify that on this date I served a copy of the foregoing document upon: Antonio Camp, 28 East Brookline Street, # 63, Boston, MA 02118, via postage prepaid, first class, U.S. Mail.