UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11890-RCL

ANTONIO CAMP,
    <u>Plaintiff</u>,

v.

BOSTON POLICE DEPARTMENT
    <u>Defendant</u>.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    I hereby certify that undersigned counsel for the Defendant, City of Boston, Kate Cook, attempted to discuss the attached Motion to Dismiss via telephone on November 5, 2004, both in a good faith effort to resolve and narrow the issues presented by said motion. I was informed that Mr. Camp no longer resides at the telephone number provided to the court and to me. No new telephone number was available. Therefore I was unable to confer or to resolve the issues prior to filing of the motion.

                                      DEFENDANT, CITY OF BOSTON

                                      Merita A. Hopkins
                                      Corporation Counsel

                                      By its attorney:

                                      <u>/s/ Kate Cook</u>
                                      Kate Cook    BBO# 650698
                                      Assistant Corporation Counsel
                                      City of Boston Law Department
                                      Room 615, City Hall
                                      Boston, MA 02201
                                      (617) 635-4022

**CERTIFICATE OF SERVICE**

**I, Kate Cook, hereby certify that on this date I served a copy of the foregoing document upon: Antonio Camp, 28 East Brookline Street, # 63, Boston, MA 02118, via postage prepaid, first class, U.S. Mail.**