UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANTONIO CAMP**

V.                                             CIVIL ACTION NO. **04-11890-RCL**

**BOSTON POLICE DEPARTMENT**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of **December 1, 2004** allowing the motion to dismiss of the defendant **Boston Police Department**, Judgment is hereby entered as follows: **Judgment for the defendant Boston Police Department** dismissing this action.

December 3, 2004

/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk