12/8/2004

letter to LINDSEY

Antonio M. Camp

28East Brookline st#63
Boston,Ma 02118

Honorable Judge Reginald C. Lindsey,

    This letter is in regards to Fedreral Court Petition(Camp vs Boston Police Dept:Docket#04-11890-RCL). I have gotten a notice that indicates that my petition was dismissed due to no challenge to the statements made by the Defendents. The Defendents(6) ,according to documentation,filed a motion to dismiss. However, I had also sent documentation to you to address the Motion for Dismissal that was proposed by a Kathrine Cook. The correspondence which I forwarded by was not put into the file folder by court clerks. This action is what afforded the Defendents to move forward to provoke a dismissal.However, the dismissal is illegitimate and not valid due to the fact that court clerks deliberately failed to put my arguments against the dismissal in the court files. My statements against the Defendents dismissal were sent within the very same week that Kathryn Cook's statements were made. My statements pointed out that I desired greatly to deal with this issue, but I was constantly being denied the right to address my grievances through those legal channels. This was a violation of my basic constitutional rights. And again, the situation comes up! The dimissal which is illegitimate and invalid due to the fact that my response was not properly date and time stamped and put into the case folder for your review. My case was looked upon which much bias by various clerks. And my case was not treated in a fair manner! The Actions that brought about the illegitimate dismissal were acts of gross misconduct and undue bias. I have, at times, been subjected what I would call -lewd and hostile behavior- from some clerks while conducting business there in the Federal Court House. The very fact that a dismissal was granted without my statements being viewed by yourself, points out the gross misconduct being acted out by some of the court house clerks. My statements were deliberately withheld by clerks so as to bring about an illegitimate and invalid dismissal....I have the right to address any grievance!-however, there are persons on the police dept and in the clerks office in the federal court that feel that they have the right to withhold documentation or to do away with documentation that would guarantee one's right to address grievances and to have them resolved. I had written a letter which was address to you personally...and that letter which addressed the the defendents proposal to dismiss were argued against. If that letter's to be hidden from your sight or not revealed to you, then that would bring about a speedy dismissal for the defendents.
    I do understand the nature of a motion to dismiss. I had trusted the Federal Court clerks to file my letter in the case folder. The letter was addressed directly to you. I would not go through an extraordinary amount of effort just to allow the case to be dismissed!...I have encountered difficulties previously from some court clerks and was determined to not be underminded again. I would desire to stand before you in your courtroom to speak with you personally with respects to this misconduct from certain clerks and why this dismissal is not only invalid but also illegitimate as well. I will also be talking to the clerk supervisor to address this issue as well. She has presented to me exceptional professionalism at all times...and have no arguments against her handling of documentation pertaining to this case. However, she cannot always be present to personally handle all paper work that pertains to this case. Other clerks need to be responsible and posses integrity at all times!...if that were the case, the motion to dismiss would not have been granted...this dismissal is not made with all factors taken into consideration because my statements were biased against; they were not filed in the case folder by the court clerk(s). that would allow the case to be unresolved and allow for no intervention to be taken by the authorities. I had even questioned in my letter to you (sent the same week as Katheryn Cook's proposal for dismissal) why the police(Police Commissioner) commission was not being called in to address this whole situation. This whole situation could have been very easily handled by her and quickly resolved as well. However, there are persons from the Boston Police Dept that do not wish for me to address this case and all its particulars. And I do believe that members of the Boston Police dept are the ones which encouraged the misconduct from some court clerks. I do not know if they,certain court clerks, were compensated for such

letter to LINDSEY

actions. However, I ask that you reconsider your decision to "allow for a dismissal" enlight of the actions revealed to you. I would be willing to provide evidence to you that my words and testimony is valid and a true testimony.....this case would benefit from you granting me an audience with you...

SINCERELY
Antonio Marcus Camp

*Antonio M Camp*

Witness: Mrs. Bernice Camp

P.S.

A dismissal would not be in the best interest of Justice; my life or the lives of my family members. A.C.