12/22/2004

## Motion to Reconsider

Honorable Judge Lindsey,

I am filing this motion of hopes that you would reconsider your decision to dismiss the Docket#04-11890-RCL (Antonio M. Camp vs Boston Police Department).The case was dismissed by you during the month of December. According to the wording on the dismissal notice, the dismissal was allowed because there was allegedly no response from the plantiff with respect to themotion for dismissal filed by Catherine Cook( Representing the Boston Police Dept).

However, an answer was given by the plaintiff,(myself) the very same week of the motion to dismiss forwarded by Kathrine Cook. There was a failure to register the documentation into Docket#04-11890-RCL. I did address this matter with the clerk supervisor (Ms gaulik) and she being very professional did advise me on filing a motion to ask the court to Reconsider and reverse the present declaration of dismissal. I do believe that it would be in the best interest of JUSTICE to do so. Filing an appeal would also be an option, however, I feel that because the answer which I gave (the same week as the motion for dismissal forwarded by Kathrine Cook) was not registered into the Docket#04-11890-RCL, this provoked an illegitimate dismissal. I do believe that it would be in the court's best interest to review the documenatation in the Docket to get a better understanding of this situation; I do believe that misconduct is involved in the docket not containing my previous response to Kathrine Cooks Motion for Dismissal. I do speak with the records clerk supervisor and she did advise me to file this Motion...

I would like to inform the court that I do understand he nature of a dimissal and would not allow for anything to jepardize the Federal Petition filed by myself (Docket#04-11890-RCL). Whether the court would believe the withholding of documentation to be deliberate or inadvertant is an issue of Debate. However, I wish to excercise the constitutional right to redress any and all grievances in a court of law. My choice of courts is the Ferderal court and I wish to have my case before The Honorable Judge Lindsey. There has been undue bias againt my case because it is against the Boston Police Dept. And I have urged that The Boston Police Commissioner ,Kathleen O'Toole, be made aware of this case so that the issues within my Federal Court petition could even be discussed with her. I feel that the illegitimately provoked dismissal would hinder my Constitutional rights to adrress my grievances in a court room.

It has been on a continual basis that I was not allowed to discuss my complaints in a court room or with an unbiased person representing either the law or a court of law...Please note, this is the third response which I have sent concerning The Motion for Dismissal forwarded by Kathrine Cook (Defendents et al). I would believe it to be in the best interest of Justice to be able to appear before you to discuss this matter further, and possibly address the misconduct that wrongfully provoked you to declare a dismissal; Documentation was kept from you so that a dismissal would be provoked concerning this docket (04-11890-RCL). In such a case, I do believe that a Motion to Reconsider would be most appropriate....thus please note that such a motion is forwarded to you again....and titled as such...

Antonio M. Camp