1.) December 30, 2004

Antonio M. Camp
28 East Brookline St #63
Boston, MA 02118
617-423-4222

U.S. Attorney Michael Sullivan,

I am writing this complaint in response to the misconduct and discrimination I am facing with regards to Docket #04-11890 RCL. Documentation has been withheld from the Docket by Clerks — purposely!. This was done to wrongfully provoke a dismissal. Misconduct is still continuing, and it needs to be put in check!; I do believe that there is documentation being kept from the Judge {Lindsey}. (← Appointed to my petition)

It is a crime for any person(s) to willfully deny or conspire to deny another person any right protected by the constitution or laws of the U.S.. No person has the right to do this! Persons in the Federal Court House where Docket #04-11890 RCL is filed have conspired to do this. {Acting under color of law} Clerks have been exceeding their rightful authority. By exceeding their authority, they are committing criminal acts!; the intention is to create a loss of liberty (The right to excercise those freedoms in the constitution — and to be given opportunity to always do so.) I do not expect such misconduct from Federal Court Workers. Please address this written complaint which I will also retain in Docket #04-11890 RCL. Justice is being Mocked!

Antonio M. Camp