UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Antonio M Camp

V.                                              CASE NO. 04-11890-RCL

Boston Police Dept

### NOTICE OF APPEAL

Notice is hereby given that _Antonio M Camp_ above named, hereby appeals from the _Dismissal of Docket # 04-11890-RCL_ entered in the above entitled action on _December 3, 2004_.

_December 30, 2004_
**Date**

(notofapp.frm - 09/92)                                        [app., kdapp., kgapp., kcustapp.]