### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number :  04-cv-11890

Antonio M. Camp

v.

Boston Police Department

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/10/05 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 20, 2005.

Tony Anastas, Clerk of Court

By *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _1/19/05_ .

*[signature]*

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11890-RCL

Camp v. Boston Police Department
Assigned to: Judge Reginald C. Lindsay
Cause: 28:1332 Diversity-
Libel,Assault,Slander

Date Filed: 08/30/2004
Jury Demand: None
Nature of Suit: 320 Assault
Libel & Slander
Jurisdiction: Federal Question

**Plaintiff**

**Antonio M. Camp**            represented by   **Antonio M. Camp**
28 East Brookline Street
Apt. 63
Boston, MA 02118
PRO SE

V.

**Defendant**

**Boston Police Department**   represented by   **Kathryn Rebecca Cook**
City of Boston, Law
Department
City Hall, room 615
Boston, MA 02201
617-635-4022
Fax: 617-635-3199
Email:
kate.cook@cityofboston.gov
*ATTORNEY TO BE
NOTICED*

| Date | # | Docket Text |
|------|---|-------------|
|      |   |             |

| Filed | | |
|---|---|---|
| 08/30/2004 | 1 | COMPLAINT , filed by Antonio M. Camp.(Stanhope, Don) (Entered: 08/31/2004) |
| 08/30/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Stanhope, Don) (Entered: 08/31/2004) |
| 08/30/2004 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Antonio M. Camp (Stanhope, Don) (Entered: 08/31/2004) |
| 10/01/2004 | | Filing fee: $ 150.00, receipt number 59031 regarding Filing Fee (Jenness, Susan) (Entered: 10/19/2004) |
| 10/19/2004 | | Summons Issued as to Boston Police Department and given to plaintiff at pro se intake. (Jenness, Susan) (Entered: 10/19/2004) |
| 10/25/2004 | 3 | US Marshal Process Receipt and Return for Summons. Boston Police Commissioner Kathleen O'Toole served Delivered on 10/20/04 (Stanhope, Don) (Entered: 10/26/2004) |
| 10/28/2004 | 4 | Judge Reginald C. Lindsay : ORDER entered denying 2 the Application to Proceed Without Prepayment of Fees and Affidavit as moot because plaintiff paid the filing fee.(Weissman, Linn) (Entered: 10/28/2004) |
| 11/04/2004 | 5 | Letter regarding Court Date, from Antonio Marcus Camp. (Stanhope, Don) (Entered: 11/05/2004) |
| 11/05/2004 | 6 | MOTION to Dismiss *and Accompanying Memorandum of Law* by Boston Police Department. (Attachments: # (1) Exhibit One)(Cook, Kathryn) Additional attachment(s) added on 11/8/2004 (Stanhope, Don). Additional attachment(s) added on 11/8/2004 (Stanhope, Don). (Entered: 11/05/2004) |
| 11/05/2004 | 7 | CERTIFICATE OF CONSULTATION re 6 MOTION |



|  |  |  |
|---|---|---|
|  |  | to Dismiss *and Accompanying Memorandum of Law* by Kathryn Rebecca Cook on behalf of Boston Police Department. (Cook, Kathryn) (Entered: 11/05/2004) |
| 11/05/2004 | 8 | MEMORANDUM in Support of 6 MOTION to Dismiss Plaintiff's Complaint filed by Boston Police Department. (Stanhope, Don) (Entered: 11/08/2004) |
| 11/08/2004 | | Clerk sent copy of docket sheet to the plaintiff in response to letter dated 11/1/04. (Hourihan, Lisa) (Entered: 11/08/2004) |
| 12/01/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered granting 6 Defendant's Motion to Dismiss. No opposition to this motion has been filed. As reasons for this ruling the court adopts and incorporates by reference the position taken by the defendant in parts B-D, inclusive, of its memorandum in support of the motion ("Memorandum"). The court orders and directs the parties to include the Memorandum in the record, as part of this order, should there be an appeal in this case that presents this order as a question for review. The clerk shall enter judgment for the defendant dismissing this case. (Lindsay, Reginald) (Entered: 12/01/2004) |
| 12/03/2004 | 9 | Judge Reginald C. Lindsay : ORDER entered JUDGMENT in favor of defendant against plaintiff (Hourihan, Lisa) (Entered: 12/03/2004) |
| 12/03/2004 | | Civil Case Terminated. (Hourihan, Lisa) (Entered: 12/03/2004) |
| 12/10/2004 | 10 | Letter from Antonio M. Camp regarding Case Dismissal. (Stanhope, Don) (Entered: 12/10/2004) |
| 12/22/2004 | 11 | MOTION for Reconsideration by Antonio M. Camp. (Stanhope, Don) (Entered: 12/30/2004) |
| 12/30/2004 | 12 | Letter from Antonio M. Camp. (Stanhope, Don) (Entered: 01/04/2005) |
|  |  |  |

| 12/30/2004 | 13 | MOTION for Leave to Appeal in forma pauperis by Antonio M. Camp. (Attachments: # 1 Notice of Appeal)(Stanhope, Don) (Entered: 01/04/2005) |
| 01/10/2005 |  | Judge Reginald C. Lindsay : ElectronicORDER entered granting 13 Motion for Leave to Appeal in forma pauperis (Stanhope, Don) (Entered: 01/10/2005) |
| 01/10/2005 | 14 | NOTICE OF APPEAL by Antonio M. Camp. Reason fee is not required: In Forma Pauperis NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/31/2005. (Stanhope, Don) (Entered: 01/13/2005) |