Letter to Magistrate Alexander

*Motion For legal in...*

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

Magistrate Alexander,

    I, Antonio M. Camp, bring forward this motion concerning Docket#04-11890RCL. It has been an on-going situation whereas various defendents mentioned in the above Federal Court Petition have engaged in acts that have caused this motion to be brought forward. This motion concerns the need for Law-Enforcement to intervene in a capacity that will reflect legal duty. This motion is forwarded in hopes pf provoking legal duty to be initiated by either U.S. Marshall's Office or other branch of law-enforcement. Intervention of law-enforcement concerning Docket#04-11890RCL is needful to create an investigation and/or to make a cessation to cruel and unusual punishment that is being directed at my spouse, Lorina B. Camp, whom will also serve as one of the witnesses concerning my Federal Court Petition. This Cruel and Unusual Punishment includes various violations of state and Federal laws:Rape, Assault&Battery, False Imprisonment, Forced Prostitution{(sexual) Slavery;Involuntary Servitude} amoung other state and federal violations (all aspects of human trafficking).

    City law-enforcement has repeatedly failed to enforce any laws concerning this situation. Those persons(Defendents)named in my Federal Court Petition have continued to involve themselves in criminal activities being directed at my wife-whom will be one of the witnesses in my Federal Court Petition. City law-enforcement may see themselves as creating a conflict of interest if they took steps to put an end to the illegal activities of these(Defendents) involved. My Federal Court petition is against the Boston Police Department for aggravating,tolerating, and to some extent allowing what is left of their reputation to be damningly soiled within this situation(to put it mildly). It is in the best interest of Justice that this motion be allowed and that my spouse, Lorina B. Camp(one of my witnesses in my Federal Court Case) be given the same protection as any other citizen/or pending Federal Court Witness; To be removed from any enviroment that would remove her rights and liberties. Her rights have been wrongfully dissolved by defendents named in the Federal Court Petition.

    City law-enforcement has not yet taken any positive stance in the stopping of the criminal acts mentioned in this motion. It is known by those defendents which are city law-enforcers and by those whom are not that her, Lorina B. Camp's testimony would add to the damning testimonies soon to come in the Federal Court Case#04-11890RCL. Questioning those whom are defendents(non-law-enforcement) by Federal Law-enforcement would allow Lorina B. Camp to be Found and REMOVED from her cruel and unusual punitive enviroment, and to be given liberty to testify with others on these matters and all other matters concerning Docket#04-11890RCL. Allowing this motion would prevent any fouling of justice, and allow all witnesses to willfully participate in the Federal Court Proceedings concerning the above named Docket.

                      Antonio M. Camp

*/s/ Antonio M. Camp*

