February 7, 2005.
28 East Brookline
Boston, MA

Page 1.)

United States Marshal:

I am writing this letter concerning docket #04-11890-RCL. I understand that your office deals with such issues as witness protection. This applies to certain of cases having Federal Jurisdiction. My case is before the Federal Court {Docket #04-11890-RCL}. I am writing this letter to inform your office in writing that various persons that are mentioned in my Federal Court Petition are continuously taking illegal actions against one of the witnesses in my Federal Court Case. A Lorina B. Camp. Here photo is attached to this letter; She is my spouse and also a witness {There are more than one persons to witness in my Court Case} in my Federal Court Case.

Due to my Federal Court petition, various person mentioned in my Federal Court petition have intensified their criminal activities towards her {as well as the harassment being directed at myself}. This involves various persons whom are residents of Boston Housing Authority. It would be in the best interest of justice, and your policy of witness protection that she be found{ This can be accomplished by questioning those persons noted to be involved in Federal Court petition #04-11890-RCL.} I will also place a copy of this letter in the case folder after forwarding a copy to you. City law-enforcement is not up to the task, and it's now a Federal Matter.

- Sincerely

*Antonio Marcus Camp*
ANTONIO MARCUS CAMP.

FILED IN CLERKS OFFICE
2005 FEB -8 P 4:43
U.S. DISTRICT COURT
DISTRICT OF MASS.



FILED
IN CLERKS OFFICE

2005 FEB -8 P 1:43

U.S. DISTRICT COURT
DISTRICT OF MASS.