1.)
SCANNED
DATE: 2-25-05
BY: /s/ CMLS

28 East Brookline St. #63
Boston, Ma 02118.
617-423-4222

November 10, 2004.

Dear Honorable Judge Reginald C Lindsay,

Sir, there is a case before you or rather a case which has been assigned to you. The case is Antonio Marcus Camp V Boston Police Dept. The case number is #1:04-CV-11890-RCL. I have twice filed a petition in Federal Court about the criminal atrocities which are being done against my wife, and the wrongful actions taken against myself (by members of the Boston Police Dept). Still, members of the Boston Police Dept have not taken actions to correct the wrong-doing. I have been constantly shown consistent bias in regards to my petition and complaints! - That biasness has even been shown towards me when I was filing this petition previously... I would think it very fair that I be able to stand before you and to give evidence and an account of what has been transpiring for over 1½ years. (And to give witnesses the chance to give an account of what they saw, heard, and experienced).

I am very disappointed that Kathryn Rebecca Cook has made a false statement declaring that

{ City of Boston, Law Department
City Hall, Room 615
Boston, Ma 02201
617-635-4022
Fax: 617-635-3199
Email: Kate.Cook@cityofboston.gov }

She made an attempt to contact me by telephone on November 5, 2004. No attempt was made! However, I did get her letter

explaining to you how she wishes to dismiss the case! There was never any mention on her part of the part of The Boston Police Dept to Resolve this Issue or to Allow the Boston Police Commissioner to Address this Matter! Addressing The issues in my petition will not only Address the Wrongfulness which has been done, but also to Correct those wrong doings in my petition. As I said in my petition, Conspiracy is an appropriate term to define in part some of the actions done by members of the Boston Police Dept. From the very beginning, no serious Action was taken to by the Boston Police Dept to take a Serious Stance to Address this Matter - which has now been made into a petition in The Federal Court - And which also is assigned to you.

Many times I went to the Boston Police Dept. {Headquarters, Station D-4, Station B-2} I have written letters to these stations; I have made phone calls and I have made visits! {even with family members} only to be turned away by those officers whom could have taken a serious stance to investigate this Matter! - And now, The Boston Police Dept wants you to dismiss this case to continue the cycle of complacency that has been continuing in the Boston police Dept (and with them) that give undue assistance to the Boston police Dept). As we all contemplate the next step this case will take, my spouse is being subjected to treatment that is more than criminal, but inhumane! - Unless kidnapping, Gang Rape, Aggravated Rape, Assault And battery Among a whole host of other terrible offenses against my Family And I seem to be acceptable to you? - (I know they are not!!!)

3.)

Does it seem strange that certain Members of the Police Dept do not even desire for me to speak with the Boston Police Commissioner? That was my original intentions before filing any petition in Federal Court! Because of the guilt that can be proven in Federal Court, Members of the Boston Police Dept do not want this case to go before any Federal Court Judge! Dismissal in this situation is not just "The standard procedure", but it is what they hold onto dearly! A Dismissal does not allow for the truth to be known! - And a dismissal gives a license for all the abuses towards myself and for my Spouses suffering to continue, Your Honor. This petition will expose wrong doing, and save Society the trouble of having to face this situation and any similarities - later!

Does the Police Commissioner know of this petition? Probably not! - Due to the fact that she would put her best foot-forward to resolve this issue quickly and bring to justice those involved in the commission of all these wrong-doings! - As I said previously, I had greatly desired to speak with the Police Commissioner to resolve this issue, but I was constantly Stone-Walled and even threatened with arrest by a Sgt Michael Connolly when I went to visit the Boston Police Dept. (Head quarters). And turned away from various police stations. The Motto is suppose to be "Protect and Serve". Do you know how long I have waited for that to be full filled? - by the Boston Police Dept? Do you know how long? Over 1½ years now! It seems to me, the desire is for my wife to die or to be so mentally or physically incompetent that she

Would be too damaged to give an Account of What (Whom, Where, How, When). And to Make a lame excuse if her body is found somewhere abandoned (if found at all!) - IF it came to that). And I pray every day!, that NOT happen! - You Cannot begin to imagine the forces of harassment I have "endured! And I am constantly being told to "Wait!, Wait, Wait"... And now the Motion for the "Dismissal is Another Way of Saying, "OH boy! or hey Nigger!... Wait!" it has been 1½ years now! I Filed a petition to Dismiss the First petition because of threats, and bias behavior towards myself and my spouse! "She gonna die!" I was told... "She's dead!" Another said to me! The same department Responsible for all this happening is the same Dept. Responsible for stopping this from Continuing! - No Responsible action has been seen or Taken! - by the Boston Police Dept! The only Actions I have seen are Criminal Actions! - (Obstruction of Justice) Civil Rights violations, Aiding in the Commission of a Crime!, etc, etc, etc... Why would the police Dept Try to Avoid this Petition which is before you and the issues within it? They, Certain Members of the B.P.D. Have been Relying upon having Certain "Aquaintances" in Certain areas of the city (District) to Aid in Covering up all of this - So it Can continue!

Don't allow for Corruption to Continue in Such a Manner! - This Case ought not to be dismissed!

Sincerely
Antonio Marcus Camp.

5.)

P.S.

Your honor, have you ever experienced what certain members of the Boston Police Dept made me to experience? To hear your wife screaming and crying in travail - in agony due to the fact that she is being beaten and raped! And for certain neighbors to play these recordings and run and they try to say that YOU are "harassing" them! To have (sick persons (recruited by Members of the police Dept) to Rape your wife and then have it recorded and played using diverse forms of technology? And to have little kids in the neighborhood laugh at it all - why? because they heard it so many times that they see some adults laughing at it and they decide hey, it must be "funny"! - Any person (wanting to ignore that or to try to cover it up cannot be in league with Justice! - This case cannot be dismissed! You must allow for it to go forward! - Despite the biased persons wanting the case to be dismissed. How does one complain about criminal activity when those whom are suppose to stop the crime engage in stone-walling and are responsible for the commission of the crime? If the case is dismissed, violence will spill-out! This crime can not be allowed to continue! And the cover-up most cease! Certain Members of the B.P.D are trying to manipulate this situation to aggrevate it! And not to address it! - As well as Mocking it and laughing at it!

Antonio M Camp