

**U.S Department of Justice**

United States Marshals Service

*District of Massachusetts*

*John Joseph Moakley*
*United States Courthouse*
*1 Courthouse Way, Suite #1-500*
*Boston, Massachusetts 02210*

March 13, 2005

Antonio M. Camp
28 East Brookline Street
Apartment #63
Boston, MA 02118

Re: 04-CV-11890-RCL

Dear Sir:

    I have reviewed your letter dated February 7, 2005, instructing the United States Marshals Service to locate and protect your estranged wife. I have reviewed your file (service of process upon Kathleen O'Toole, Police Commissioner, Boston Police Department); along with your eight (8) page complaint filed in U.S. District Court, District of Massachusetts, dated August 30, 2004.

    The United States Marshals Service does not have the authority to honor your request. The fact that you intend to call your estranged wife as a witness to your case, does not change our position on the matter.

    Please refer to the following internet sites, which may assist you in some fashion: **www.usmarshals.gov** and **www.mad.uscourts.gov** for local rules within the U.S. District Court in the District of Massachusetts.

    It might also be helpful to review the latest edition of <u>Federal Civil Judicial Procedure and Rules</u>, Chapter 37, entitled "United States Marshals Service".

    Please direct any further requests of this nature to the proper authorities.

Sincerely,

*Alison L. Hodgkins*
Supervisory Deputy U.S. Marshal

For:    Anthony Dichio,
        United States Marshal