Friday, March 18, 2005

*Antonio Marcus Camp*
*28 East Brookline st#63*
*Boston, Massachusetts 02118*
*617-425-4222*
*Camp Vs Boston Police Dept*
*Docket# 04-11890-RCL*

RECEIVED
U.S. ATTORNEY
BOSTON, MASS.

Dear U.S. Attorney Michael Sullivan,

    I have written you previously concerning the misconduct and criminal activities of members of the Boston Police Department as well as misconduct and criminal activities coming from person whom work in the Federal Court- District of Massachusetts-1 Court House Way. This is concerning Federal Court Case: Antonio Marcus Camp Vs Boston Police Dept. Docket # 04-11890-RCL. I had made it aware through police reports (which were wrongfully cancelled by police officers attempting to cover-up criminal actions done by other officers), letters to various high ranking officials at the Boston Police Dept (this includes The Police Commissioner Kathleen O'Toole-those letters were intercepted and never delivered to the addressed parties for fear that justice would be brought about and the truth would be made more apparent concerning the claims I have made in my Federal Court complaint-persons in the police dept either failed to answer my letters or never were told about the letters arriving at the police dept) however, despite the fact that I have written various letters to various agencies located here in Boston, that deal with misconduct and crime within The Commonwealth of Massachusetts, I still have not gotten any positive or satisfying result with respect to my wife being made the victim of rape, assault, kidnapping and forced prostitution! I have noticed that the Commonwealth has come to terms with the truth with respect to HUMAN TRAFFICKING. I have noticed the front page edition of the Boston Herald (January 6, 2005 page 5) which brought light to the crime of HUMAN TRAFFICKING. This is the very same crime which I have been speaking about in my federal court complaint. My spouse Lorina B. Camp has been made the victim of such a heinous crime and not one law-enforcement agency has taken responsibility to get her out of the situation or to take legal action against the perpetrators! I know that you are also on the Anti-Trafficking task force. This force has been granted monies to resolve such issues involving HUMAN TRAFFICKING.

    I am well aware that due to the fact that there are police officers whom are involved in my wife's situation(her being made a victim and still being one), there is a hesitation on the part of some persons that work in the criminal justice field to take any legal action! This seems to be a conflict of interests! I would hesitate to believe that only street gangs are involved in HUMAN TRAFFICKING. It was pointed out in the Boston Herald that the city of *"Boston is likely to be one of the major cities in which people are trafficked"* and I find it hard to believe that organized crime is not involved or that your task force is not aware of organized crime being involved! I find it hard to believe that your task force would not take into consideration that there is no crime that has ever been committed that a corrupt law-enforcement person has not tried at one time or another! Do you know of any crime that a corrupt law-enforcement person would not venture into?: Whether it be drug dealing? Murder, Prostitution, Racketeering, Extortion, Organized crime...or any other criminal activity! Oh?...Since HUMAN TRAFFICKING is a very lucrative business; it is growing world wide and *touches the Baystate!* Why would this crime only be restricted to common street thugs?!...It is too organized! I believe that you are aware of this!... The question now remains, what will be done about my wife's situation? Why has not law-enforcement taken any action? What will it take to motivate those to take

action? What will it take to motivate you to address the situation concerning my wife? You are on the task force are you not? Do you believe that my wife's situation is not one of HUMAN TRAFFICKING? Please make yourself familiar with the paper work in the docket folder of my federal court case if you are not familiar with it. I have also added to this letter a copy of the story from the Boston Herald dated: January 6, 2005 page 5. Those persons whom are involved in my wife being made a victim of crime are still walking about! And no doubt, they will do to another what they have already done to my wife! It is written, "An ounce of prevention is worth a pound of cure!" Preventing crimes from happening again is just as good as stopping a crime U.S. Attorney Sullivan. What will it take to motivate you to take action concerning my wife's situation? She will be a witness in the Federal Court case to come. The same case which federal court workers have tried to sabotage. I have written you about that as well. You have the authority to make any and all law-enforcement aware of the situation concerning my wife, sir. What action will be taken to address this? You are on the Task-force that deals with Human trafficking are you not? You are the U.S. District Attorney are you not? You have been made aware of the situation concerning my wife have you not? I have told you that there are corrupt law-enforcement involved in her being made a victim. What action will you take? What will it take to motivate you, Sir? I place this responsibility on you because you are on the task force and you are the U.S. Attorney.

                    Sincerely
                    Antonio Marcus Camp

# FEDS FUND SLAVER CRACKDOWN IN HU



IKA BERNSTEIN

rities:
shrink
d kids
kins

OTHSTEIN

counseled chil-
sychologist at the
s School for the
minal charges for
ng without a li-
 years.
strict Court clerk
 probable cause
harge Veronika
 Somerville with
e. She could face
e and six months

s working at the
r the Blind and
elf out as a psy-
uropsychologist,
t," said Linda
ounsel for the

**By LAUREL J. SWEET**

Backed with federal money, a Boston-based task force is being launched to counter the spread of human trafficking in the region, including, according to some accounts, street gangs pressing 13-year-olds into prostitution.

"To me," said the American Anti-Slavery Group's Liora Kasten, human trafficking "is one of the most atrocious things you can do. It's not just taking someone's life away from them, it's dehumanizing to the point that they don't even feel like people anymore.

"And that can be worse than killing someone."

The growing slave trade is an international blight with a local impact. As demonstrated by the plights of an Indian nanny fed table scraps by a Brookline couple and seven Estonian women coerced by a Brighton businessman to toil in his "erotic" massage parlors, today's black-marketer of bodies can be the neighbor next door.

With sexual servitude their focus, Hub police have been awarded a $443,000 federal grant to create the Boston Area Anti-Trafficking Task Force with 10 law-enforcement and social-service partners, including Massachusetts U.S. Attorney Michael Sullivan. The group's goal is to increase victim rescues by 15 percent each year.

"We've arrested girls for prostitution, but we don't get underneath the surface," said Deputy Superintendent Paul Fitzgerald. "They may not be the person we should prosecute. They may be the victim."

In the past three years, Fitzgerald, head of the Boston Police Department's major-case squad, said reports have filtered in from city schools that black and Asian street gangs are pimping playmates as young as 13.

However, Fitzgerald said, "We've never been able to substantiate any of these allegations."

Human trafficking, he said, is a "new phenomenon" for local investigators that's "tough to uncover, but we're going to have a lot of good people involved."

Fitzgerald has hand-picked Sgt. Detective Kelley O'Connell of the Youth Violence Strike Force, a 17-

year veteran with vast 
pilot the program.

"The number of actu
human trafficking in 
area remains undocum
as a prime point of entr
gration, "Boston is likely 
of the major cities to wh
are trafficked," a police 

The U.S. State Depa
lieves upward of 17,500
some 80 percent of the
and children — are sm
the United States each y
in bondage or be sexuall

But Kasten said even
ber is conservative beca
of this is so covert" an
because of threats, 
ment or mistrust of pol
luctant to seek liberatio



'King

decre

Let th

be pe

In celebration
Kings Day, teens
Hyde Square Tas
turned out in roy
yesterday to ser
message to T ri