April 5, 2005.

Marcus Camp
28 East Brookline St #63
Boston, MA 02118.
Camp vs Boston Police Dept
04-11890-RCL

Dear Chief Deputy Clerk {Margaret Carter},

I would like to bring to your attention that I have gotten various letters from the Appeals Court. The first letter has indicated that it was required of me to complete 1.) filing of transcripts {which I have been informed that this process is completed - paper work has been filed with the Appeal's Clerk.}, 2.) filing of a brief, 3.) filing of an Appendix. I would like to inform you that according to the notice dated 2/3/05, I quote," The record on Appeal now being complete with the filing of the transcripts and/or the Transcript Report/Order Form, the appellant's brief must be filed by 3/15/2005, <u>Unless appellant is proceeding in forma Pauperis</u>, an appendix also must be filed by 3/15/2005." My understanding is that due to the status of my case continuing in Forma Pauperis, the requirements left unfulfilled do not pertain to myself.

In Addition, I am very much taken aback that due to Clerk misconduct, I was forced to file An Appeal!; Due to documentation being withheld from the Docket {by Federal Court Clerks} I had to suffer my case being purposely delayed! I have encountered other such

Page 2 of 4

Antonio M Camp
28 EAST Brookline St #3
Boston, Ma 02118
Camp vs Boston Police Dept.
04-11890-RCL.

Justice concerning misconduct from officers in the Boston Police Dept? Do I not qualify for Justice? The words written all over the building of the Federal Court House do not attest to that! Neither do outside offices that hear complaints pertaining to conduct which is unconstitutional and illegal. Such has been the behavior experienced by myself with respects to me filing my civil complaint in Federal Court! It does not take months and months to get a court date nor years and years! An individual ought not to be worn down in order to get a victory in court!

Sincerely

Antonio M Camp.

Page 2) Anthony Camp
28 East Brookline #63
Boston, MA 02118
Camp vs Boston Police Dept
04-11890-RCL

Obstructions which I would deem to be deliberate ob stackles {to the proceeding of my case}. Resulting in my case not being assigned a court date{s} in a timely manner! 1.) Documentation being withheld from the case folder, 2.) Wrong dates being entered on transcripts by clerks! {OH! could this be deemed an error?}. There has been quite a few errors that keep popping up within my case! I have informed those offices which are responsible for addressing those "Continual Errors" that keep appearing within the case <u>Camp vs Boston Police Dept</u>. It will be coming close to a year, and I have yet to see the sight of a court date concerning my Civil Petition in this Federal Court {1 Court House Way}. My case has been the target of deliberate bias and sabotage! And this is done so that my case may be dismissed wrongfully! Not only has there been no pledge of protection for the witnesses in my case, but I have never been given the respect of having these "Continual Errors" completely corrected and Reversed! I am made to file an Appeal despite

Page 3 of 4

Anthony Camp
28 East Brookline #63
Boston, Ma 02118
Camp vs Boston Police Dept
04-11890-RCL.

the fact that I have proven and forwarded documetation beyond the benefit of the doubt that my case is the subject of unwarranted Bias! And that Bias is manifested through Federal Court workers showing their misconduct in a Racist! And blatant manner! I have no doubt that race is a factor in me being biased against! Time and time again, I witness my case being subjected to deliberate sabatoge! Hence, my having to file an Appeal despite obvious evidence of docket # 04-11890-RCL showing case after case of deliberate and malicious sabatoge! Was there ever an Investigation into the sabatoge? Nevertheless, I am still expected to be held up From getting a court date and Forced to continue on with this insulting Procedure due to the fact that clerk misconduct is responsible for my case being in the Appeals Court?! I have written complaints concerning bias treatment in Federal Court - 1 court House way and will continue to do so! Oh! Am I being penalized for Seeking