4/7/2005

letter to us attoney concerning prosecution

Antonio Marcus Camp

28 east Brookline st#63

Boston, Ma 02118

Camp vs Boston Police Dept

Docket#04-11890-RCL

U.S Attorney Michael Sullivan,

Dear Sir,

    I find it again needful to forward to you correspondence concerning docket#04-11890-RCL. My letters to you have never been without just cause forwarded to you. I am still going through the deliberately long draw out process of appeal; despite the fact that I have made it known that important information which I had previously forwarded was deliberately not placed into the case folder (by federal court clerks). I would like to direct an appeal to you! The idea behind the bias treatment of my case is that if my case were to be dismissed, those persons involved in committing serious crimes concerning this case would go free without having to answer for their illegal actions, and all victims in this case would remain victims!, And all illegal activities could go on unchecked! I feel that this would be very devistating to all parties seeking justice concerning this matter. It would send the message that," If persons get together and form a conspiracy and become organized, they will succeed at any illegal activity!." This Sir, would be a devastating blow to the morality of all parties seeking justice! Furthermore, it would cause the unaddressed situation before the court to become aggravated and desparately worse! Nothing constructive can become of a situation that has been shunned and / or ignored by the justice system! I would like to ask you peronally (via letter or in person) to take the needful task of investigating and prosecuting those involved in illegal activities concerning this case! Regadless of the outcome of this case, there will be justice!

    Furthermore, it would ensure persons that even if the case was dismissed illegitimately (which has been the intent with some persons), the U.S District Attorney's Office would still pick up the case for illegal matters that were done either under color of law, or otherwise! I find it to be very disgusting that there would be federal court clerks that would take a bias interest in this case and side with the party that has made no effort at all to resolve or address this serious issue in a responsible and legal manner! Do you think that there is not great hope that this case will not be dismissed? Look at all the effort that has been put into sabotaging it! There are literally federal court clerks whom are aware of what this case involves, and whom the victims are, and what type of crimes are involved and still take a bias stance! I am making an appeal to you to take an interset in this case and to make sure that those whom are involved in this are not allowed to walk away unscathed!; That would give both the permission and impression that the crimes metioned in my fedreal court petition(docket#04-11890-RCL) could be reproduced with the same results! The idea, amoung those whom do not want to be brought to justice, is to get this case dismissed by any unscrupulous,illegal, and dishonest means necessary! Are we to expect that this will teach those persons whom are guilty of anything to turn from illegal activities which the federal courts have jurisdiction? My family has been torn apart because of the actions of those mentioned in my civil petition! Am I to just walk away from this situation and just say,"Go on with your life!" as a corrupt officer from the Boston Police had suggested to me?(Detective Maryann Rivera from area B-2)?

    I am sincerely hoping that no matter what!, you will take legal action against those involved!

Sincerely

Page 1

letter to us attoney concerning prosecution

Antonio Marcus Camp

P.S.
Am I to just abandon my family to be victims left at the will of the victimizers? Let us work together to keep a terrible situation from getting worse! Some incidents mentioned in my civil court petition are serious hate crimes!