4/7/2005

BRIEF: attention Deputy Chief Clerk

Antonio Marcus Camp

28 East Brookline st #63

Boston, Ma 02118

Docket#04-11890-RCL

FILED
2005 APR -7 P 4:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED
APR - 7 2005
By: U.S. Court of Appeals

Dear Deputy Clerk Margaret Carter,

    I would like to bring to you attention the fact that I have been required to submit a brief and the "rules governing such a brief" are attached to this letter to you. I feel that the rules that have been sent to me are very precise! Since my financial resources are quite meager and insufficient to abide by all the "rules governing a brief", I am forced to provide statements to you in a manner which is affordable to myself. I would like to bring to your attention that the reason for my case being in the appeals court is because there was the gross and lewd mishandling of important documents which were forwarded to clerks earlier. And that information was deliberately kept from the case folder! I have been on the receiving end of gross misconduct and biasness from clerks in the federal court whom feel that my case ought not to go forward. I have written numerous letters and called numerous persons in response to this! I have put much effort into puting my civil petiton together. I would not endanger my case because my family hangs in the balance. I have contacted the Boston police Dept on numerous occassions concerning all the issues in my civil complaint, And I have tried over and over again to get persons from the Boston Police Dept to address the issues mentioned in my Federal Court petition. Before any petiton was ever filed, I wanted the seriousness of my complaints to be realized and to be attended to. I was ignored, brushed-off, and blantantly insulted with no regard for the motto "Protect and Serve". The motivation behind it all was that police officers were involved in gross and lewd misconduct and I wanted to bring that to the attention of their superiors! Here is where the motto of "the Blue Wall of silence" applies.

    I was aware that I was arrested maliciously and wrongfully by a police officers whom were acting under the color of law. They wrote false police reports and did conspire to deprive me of any and all constitutional rights! And this was motivated because of an officers desire to carry on an extramarital affair with my spouse. I made complaints and became the victim of serious police harassment! It was then found out by myself that those very same police officers were already making plans to continue to violate rights which they knew I was entitled to. they later proceeded to violate the rights of my spouse Lorina B. camp! She became the victim of a very serious hate crime in which she was subjected to kidnapping, rape, false imprisonment, denial of any rights as well! These officers acted under the color of law to carry out a malicious vendetta because they felt betrayed by her! She did not want to continue an extra marital affair and did contact me in february 2005. I and she becme the targets of criminal acts. My spouse was kidnapped to keep her testimony from reaching the ears of any judge. I was accussed by police officers of various criminal acts, but there was no valid reason for them to do so! There was no signature on any paper from my wife attesting to any of the statements on the police reports! There was no evidence forwarded! There was no restraining order requested by my wife! And I made this and other facts known to the police dept!

    I become the victim of stalking and name calling from police officers whom were offended that I would complain and not just accept unjust treatment! I was even subjected to cruel and unusual treatment as was my wife! She was brutally raped and beaten numerous times and I was made to listen to recordings and mocked recordings of this incident! My children were born while my wife was being made a victim of this terrible hate crime! And all the while, police cancelled reports made by myself concerning this despite the fact that I had witnesses and documentation! I desire the court to allow for me to bring my civil petition forward and to allow a motion

|   |   |
|---|---|
|   | Courier. Sans-serif font, such as Arial, may not be used. |
| FRAP 32(a)(7) | If principal brief exceeds 30 pages or reply brief exceeds 15 pages, brief must include a certificate of compliance with type-volume limitations. |
| FRAP 32(a)(2) | Except for filings by pro se parties, the cover of appellant's brief must be blue; the appellee's, red; and any reply brief, gray. The cover of the appendix must be white. |
| FRAP 31(b) Loc. R. 31(b) | Number of Copies: <u>Parties not proceeding in forma pauperis:</u> 9 paper copies and a disk containing the entire contents of the brief. 5 paper copies of the appendix. <u>Parties represented by court-appointed counsel:</u> 4 paper copies and a disk containing the entire contents of the brief. An appendix is NOT required. <u>Pro se parties proceeding in forma pauperis:</u> 4 paper copies. An appendix is NOT required |
| Loc. R. 32 | One copy of the brief, cover-to-cover, must be filed on a 3 1/2" disk in either DOS WordPerfect or WordPerfect for Windows, 5.1 or greater. |
| FRAP 30 Loc. R. 30 | The appendix must be page numbered and contain a table of contents. If the parties are unable to agree as to the contents of the appendix, they must follow the procedure outlined in Fed. R. App. P. 30(b) and Local Rule 30(b). |

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, the Local Rules, and the Court's Internal Operating Procedures, is available on the Court's website at www.ca1.uscourts.gov. **PLEASE NOTE THAT THE COURT'S WEBSITE ALSO CONTAINS TIPS ON FILING BRIEFS AND APPENDICES, INCLUDING A CHECKLIST OF WHAT YOUR BRIEF MUST CONTAIN.**

**PLEASE BE AWARE THAT FAILURE TO FILE A BRIEF IN COMPLIANCE WITH THE FEDERAL AND LOCAL RULES MAY RESULT IN THE REJECTION OF THE BRIEF AND MAY LEAD TO DISMISSAL OF THE APPEAL.** See Local Rules 3 and 45.

Richard Cushing Donovan, Clerk

cc:   Antonio M. Camp
      Kathryn R. Cook

BRIEF   attention Deputy Chief Clerk

for legal intervention and for my children to be placed back in the custody of both their Father and Mother as well as compensation for pain and suffering and medical expenses. it is also important that those involved in commiting the hate crimes against my wife be brought to justice. I have been subject to harrasment that jepordized my financial survival. I have been subjected to illegal wire taps ( I have witnesses), and most of all there was an attempt started by various members of the Boston Police Dept to keep me from excercising my right to address any and all grievances! This must be corrected and addressed! And those whom took part in this violations must be brought to justice as well!

                                                      Sincerely
                                                      Antonio Marcus Camp

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1085

ANTONIO M. CAMP

Plaintiff - Appellant

v.

BOSTON POLICE DEPARTMENT

Defendant - Appellee

**Briefing Notice**
**Entered: 2/3/05**

    The record on appeal now being complete with the filing of the transcripts and/or the Transcript Report/Order Form, the appellant's brief must be filed by 3/15/05. Unless appellant is proceeding in forma pauperis, an appendix also must be filed by 3/15/05.

    The deadlines for filing appellee's brief and appellant's reply brief shall run in accordance with Fed. R. App. P. 31 and Loc. R. 31. Counsel are advised that extensions of time are normally not allowed without timely motion for good cause shown.

    The parties should particularly review the following Federal and Local Rules of Appellate Procedure:

| | |
|---|---|
| Loc. R. 28 | An addendum must be attached to appellant's brief. Addendum must contain a copy of each judgment, order, or ruling being appealed, along with any supporting opinion, memorandum issued by the judge or magistrate judge. Please note that if the appeal is from a decision reviewing an underlying agency, bankruptcy, or state court decision, the underlying decision must also be included. |
| Loc. R. 11 and 28.1 | Briefs are public documents and will not be sealed absent timely motion. Documents that are transmitted to this court under seal, such as presentence reports, must not be included in an addendum or appendix. In addition, pursuant to a directive of the Administrative Office of the United States Courts, a statement of reasons in a criminal case is treated as a non-public document. Briefs and appendices including such materials will be rejected as noncompliant. However, these materials may be filed in a seperate volume clearly marked "SEALED". |
| FRAP 32(a)(5) | Acceptable typeface for briefs:<br>   Proportional typeface: 14 point Times New Roman or CG Times; or<br>   Monospaced typeface: 12 point Courier or New |