5/23/2005

Antonio M. Camp
28 east brookline st#63
Boston, Ma 02118

Captain Purvis Ryans
Operations
Police HeadQuarters
Boston, Massachusetts

    Sir, I am sending you this letter to inform you of serious Police misconduct that has been directed towards myself and my family. This police misconduct has been ongoing for well over 2 years! I have repeatedly gone to the Boston police department(including the local area depts D-4 and B-2 as well as Headquarters) and have gotten no positive results! And my visits there were met with hostility and unprofessionalism! I was treated as if I had no right to enter into the Police Headquarters. I was at one point told that if I tried to enter into the Police Headquarters (to make a complaint to internal affairs) that I would be arrested for trespassing!...this was said by one of your Sgts. I have been followed around (stalked ) as a form of harassment by some of your police officers as well as having experienced harassment at my work place due to police misconduct! I have recently lost a job ,May17th,2005, at Brigham and Women's Hospital  due to police harassment and misconduct. I was the target of gossip, rumors and other negative things as well! Getting harassment at my job has been a pattern now for over two years! This behavior is retaliation for complaining about serious police misconduct in the past! This action is meant to create financial problems in my life and to keep me at a disadvantage. So far, I have experienced an abundunce of harassment that would be seriously frowned upon due to it's grossly illegal nature! I am talking about telephone taps, crank calls, having my e-mail hacked into, as well as my computer! I am very certain that there are police officers responsible for this! My family and I have had our lives serious intruded upon! The very fact that I have been complaining about this and no one took action is what allowed for this to go on for so long! There is still more!

    My spouse has been the victim of rape, kidnapping ,assault! There was nothing done to help her! I know for a fact that there are police officers responsible for this as well! I have filed missing persons reports only to have police officers cancel them without good cause! And for the reports to turn up "disappearing from the Police Data Base(computers)"...such was reported to me by police officers whom I have spoke to themconcerning this matter. I had to personally fax copies of police reports to a police station so that they could put them into the data base at the police dept(I have proof of that). I have even fowarded to the police dept a letter reporting those involved in my wife's rape, kidnapping, and assault!....no action was taken...!!! And my letters were intercepted by those whom desired to cover up the issue at the police dept!!!...I have been very sincere in my intent to bring those involved in my wife's crime to justice! However, since there was deliberate criminal intentions done in this situation, there are those that are involved that do not want this case brought to justice! Im sorry to say that there are Police Officers having dealings in this situation and  are allowing it to continuing....as well as other persons in the local community that are not law enforcement. I have already discussed this matter with the United States District Attorney and he is well aware of the situation. And has made an effort to correct the situation and will continue to do so!...He is a very busy man! But not too busy to correct criminal activities...(considering his professional criminal justice track record). I have a list of persons which are involved in this situation or who know about this crime!...That list has been forwarded to the US Attorney's Office already. that does not mean that the police dept is not responsible for upholding the law!

    In addition, I was subjected to harassment via technology; mocked recordings and actual recordings of my spouse being raped were being played in areas that I frequented! ...this was done for well over a year! And again, I am sorry to say that police officers were responsible for this! I was allowed to know that my wife was being raped and tormented terribly! Those involved only laughed about it! Some of the people involved even

live in 28 East Brookline st....I know for a fact that my wife was raped, beaten, held against her will, as well as being moved from one place to another! Persons have talked about the situation in the community. And it is a well know fact that there are Police Oficers involved in this. And also that a comspiracy has been formed around this situation concerning my wife. there has been a number of persons that I suspect that have committed acts of rape against my wife, and that these persons are still walking around in the community!....No one gets up and decides, " I will rape someone today" unless they have a previous history of such criminal activity!" You can imagine the maliciousness, and destructive mentality of a person that would violate another person sexually!...You know how dangerous these persons are! And you know that anyone that would help them to rape and violate others is just as dangerous! I want my wife to be found and returned to me. I am pretty much the only close relative she has in Boston. I will be giving you a copy of her photo to help you and I will be putting a copy of this letter in the hands of the US District Attorney's Office as well. I am not asking you to do anything that is not in your jurisdiction. nor am I asking you to do anything that is not within your job discription. nor am I asking you to do anything that is not legally correct. But this I ask, "Sir, what will I have to do to motivate you? to get you on this matter quickly, and resolve the crimes being committed against my wife?"

   I will give you apartial listing of persons whom I know for a fact that are involved in her disappearance:
Some of the persons from 28 East Brookline st., Boston, Ma 02118
Noreida Colon:(born 9/8/1945)     apt#66
Ivette Ramos: (born 9/8/1972)     apt#67 known to use an alias:"PEREZ" as a last name
Olivia Martin:   (born 1/25/1958)     apt#64
Anita Ashley:  (born 9/11/1960)     apt#66
Bertha  Guerrero(born 10/8/1958) apt#61
these are a few persons that took a part in the terrible crime (aided and ....)
there are various residents from 26 East brookline that knew and help to cover it up this as well as took part in allowing my wife to be raped.

here is a description of her, my Spouse:LORINA CAMP (maiden name: BALIBALOS), about 5feet 8inches tall, fair skinned, black hair, brown eyes, had a tooth missing in the front of her teeth wore a partial for that one tooth(this tooth was lost from when she was holding her niece and her niece jerked her head back and slammed it into Lorina's upper teeth) there was a rumor started perhaps by one of your officers that I had done this..that is a lie! She had this partial before I even met her. she speaks good english, Mother is named:Mercy(Mercedes) Balibalos, Has an aunt named Aida baylon, She, my wife, was born in Bulacan, Philippines. My wife came here to America early in the millenium.(2000's).
Thank You
and
Sincerely
Antonio M. Camp.