I
Page 1 of 1

Antonio M Camp
28 East Brookline St
#63
Boston, Ma 02118
Docket #04-11890RCL

June 3rd, 2005.

Clerk of the Court –
Court of Appeal – First Circuit.   Copies Sent To Apellee June 3rd, 2005

    I, Antonio Marcus Camp, would like to submit this letter in response to any desire coming from the Appellee to dismiss the case: Antonio Camp VS Boston Police Dept. I have repeatedly tried to contact members of the Boston Police as well as Kate Cook of City of Boston law Department through letters and emails. I have gotten no response from either party! It would seem that the issues in my Federal Court petition are not being Addressed and /or taken seriously! No investigation has even taken place! A dismissal of this case: Docket #04-11890 RCL, would only give permission to those criminally involved to continue in those criminal activities! I am still waiting for a response to a letter sent to a Captain Purvis Ryans (sent by certified mail 5/24/05) concerning matters stated in my Petition. Federal Court is the only way to Adress issues that are constantly being ignored And constitutional, civil, and criminal issues that have not been Addressed – can be Adressed! All issues in my Petition need to be adressed! – NOT ignored!
    ~ Antonio Marcus Camp. ~